IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

TIFFANY DENISE POLLARD                                                                       PLAINTIFF

v.                                          3:23-cv-00115-BRW-JJV

KILOLO KIJAKAZI,
Acting Commissioner,
Social Security Administration,                                                              DEFENDANT

## ORDER

The Court has received Proposed Findings and Recommendations ("RD") submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful review of the RD, as well as a *de novo* review of the record, the Court approves and adopts the RD as this Court's findings in all respects. Accordingly, this case is DISMISSED without prejudice.

IT IS SO ORDERED this 25th day of September 2023.

                                            BILLY ROY WILSON
                                            BILLY ROY WILSON
                                            UNITED STATES DISTRICT JUDGE