IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

TIFFANY DENISE POLLARD                                                                              PLAINTIFF

v.                                       3:23-cv-00115-BRW-JJV

KILOLO KIJAKAZI,
Acting Commissioner,
Social Security Administration,                                                                     DEFENDANT

## JUDGMENT

Pursuant to the Order filed in this matter on this date, Plaintiff's Complaint is dismissed without prejudice.

IT IS SO ORDERED this 25th day of September 2023.

BILLY ROY WILSON
BILLY ROY WILSON
UNITED STATES DISTRICT JUDGE